UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK A. BOOKER,<br><br>   Petitioner,<br><br>   v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>   Respondent. | Case No. ED CV 18-2691-JLS (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

1  IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket
2  no. 7) is granted, petitioner's Motion to Strike (docket no. 9) is denied, and
3  Judgment will be entered denying the Petition and dismissing this action with
4  prejudice.

7  DATED:   03/22/2020

   _____
   HONORABLE JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE