# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK A. BOOKER, | Case No. ED CV 18-2691-JLS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 03/22/2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE